1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARC LOKEN RAMSEY,     )   Case No.  CV 13-1421-DSF (DTB)

12 |      Petitioner,    )

13 |      vs.       )   ORDER ACCEPTING FINDINGS, CONCLUSIONS AND

14 | TIM PEREZ, Warden,  et al.,   )   RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

15 |      Respondents.   )

16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and

18 Recommendation of the United States Magistrate Judge.  No objections to the Report

19 and Recommendation have been filed herein.  The Court concurs with and accepts the

20 findings, conclusions and recommendations of the Magistrate Judge.

21      IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

22 and dismissing this action with prejudice.

23        6/2/14

24 Dated: _____

25            DALE S. FISCHER
           UNITED STATES DISTRICT JUDGE

26

27

28

1