JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LOKEN RAMSEY,<br><br>                    Petitioner,<br><br>               vs.<br><br>TIM PEREZ, Warden,  et al.,<br><br>                    Respondents. | Case No.  CV 13-1421-DSF (DTB)<br><br>**J U D G M E N T** |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the action is dismissed with prejudice.


6/2/14

Dated: _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1